IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN GROVER, et al.,

        Plaintiffs,                  Case No. 2:11-cv-2370 LKK DAD PS

    vs.

OCWEN LOAN SERVICING LLC,      <u>ORDER</u>
et al.,

        Defendants.
_____/

        Plaintiffs, proceeding pro se, commenced this action on September 8, 2011, by filing their complaint and paying the required filing fee. On September 19, 2011, the undersigned set this matter for a Status (Pretrial Scheduling) Conference on January 13, 2012.

        On September 29, 2011, defendants Ocwen Loan Servicing, LLC, Deutsche Bank National Trust Company, as trustee under a pooling and servicing agreement (erroneously sued as Deutsche Bank National Trust Company) and Barclays Capital Real Estate, Inc., dba Homeq Servicing (erroneously sued as Homeq) filed a motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. No. 9.)

        On October 17, 2011, plaintiffs filed a first amended complaint. (Doc. No. 17.) Plaintiffs' first amended complaint was filed in compliance with Rule 15(a)(1)(B) of the Federal

/////

1

Rules of Civil Procedure.[1]  On October 20, 2011, defendants Ocwen Loan Servicing, LLC, Deutsche Bank National Trust Company, as trustree under a pooling and servicing agreement (erroneously sued as Deutsche Bank National Trust Company and Barclays Capital Real Estate, Inc., dba Homeq Servicing (erroneously sued as Homeq), filed a motion to dismiss plaintiffs' amended complaint and noticed the matter for hearing before the undersigned on December 2, 2011 at 10:00 a.m. in Courtroom 27.

Accordingly, IT IS ORDERED that:

1. The Status (Pretrial Scheduling) Conference set for Friday, January 13, 2012, before the undersigned is vacated;

2. Defendants' September 29, 2011 motion to dismiss plaintiffs' original complaint (Doc. No. 9) is denied as moot;

3. The parties shall appear at the December 2, 2011 hearing on defendants' motion to dismiss plaintiffs' amended complaint; and

4. Any party may appear at the December 2, 2011 hearing telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the scheduled hearing</u>.

DATED: October 26, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.prose\grover2370.mtdmoot

---

[1] Rule 15(a)(1)(B) provides that before trial a plaintiff may file an amended complaint once as a matter of course within twenty-one days after service of a motion to dismiss under Rule 12(b).  Having done so, plaintiffs are advised that they may further amend their complaint only with defendants' written consent or leave of court.